7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Betty Jo Shelton
*Debtor*

*Bankruptcy Case No.*
12–40386–abf7

**Betty J. Shelton**
    Plaintiff(s)

*Adversary Case No.*
12–04069–abf

v.

**Wells Fargo Bank, N.A.**
    Defendant(s)

# JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Judgment is hereby entered in favor of the Plaintiff, Betty Jo Sheldon on Count VII of the Complaint quieting title of the property as set forth in the Stipulated Judgment (Doc. No. 52). All Parties are to bear their own costs and attorney's fees incurred therein



Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 3/17/14

Court to serve